# Courtroom Minute Entry

**Room:** Judge Tinsley Charleston  
**Caption:** USA v. David Lee White  

**Case No.:** 2:24-cr-00118-3  
**Judge:** Judge Tinsley  

**Type:** Initial Appearance on Indictment  

**Started:** 11/13/2024 3:50:14 PM  
**Ends:** 11/13/2024 4:00:17 PM   **Length:** 00:10:04  

Judge Dwane L. Tinsley  
Courtroom Deputy: Kim Begovich  
Defendant: David Lee White  
Assistant U.S. Attorney: Jennifer R. Herrald  
CJA Panel Attorney: J. Miles Morgan  
Probation Officer: Shamika Wade  
Court Reporter: CourtSmart  

**INITIAL APPEARANCE**

| Time | Event |
|---|---|
| 3:51:09 PM | Judge Dwane L. Tinsley |
| 3:51:15 PM | Case called, noted appearances of counsel, and defendant present in courtroom |
| 3:51:56 PM | Stated rights of defendant and defendant acknowledged these rights |
| 3:52:24 PM | Defendant: David Lee White |
| 3:52:26 PM | Stated personal information |
| 3:52:38 PM | Judge Dwane L. Tinsley |
| 3:52:40 PM | Reviewed financial affidavit and defendant does qualify for court-appointed counsel |
| 3:52:47 PM | Ordered the appointment of an attorney on the CJA Panel |
| 3:52:52 PM | Stated additional rights of defendant and defendant acknowledged these rights |
| 3:53:16 PM | Stated violation(s) in charging document and possible penalties |
| 3:54:38 PM | Assistant U.S. Attorney: Jennifer R. Herrald |
| 3:54:41 PM | States charge on the record |
| 3:55:03 PM | Judge Dwane L. Tinsley |
| 3:55:26 PM | Defendant understands nature of charge against him |
| 3:55:46 PM | Defendant shall next appear for a detention hearing on Monday, November 18, 2024, at 3:00 p.m. |
| 3:56:06 PM | The United States has filed a Motion for Detention Hearing |
| 3:56:24 PM | Defendant: David Lee White |
| 3:56:30 PM | Requests to be released |
| 3:58:16 PM | Judge Dwane L. Tinsley |
| 3:58:18 PM | Will instruct USMS to tell the jail of his medical issue |
| 3:58:56 PM | Due Process Protection Act of 2020 |
| 3:59:35 PM | Ordered the defendant detained and remanded to USMS custody pending the next hearing |
| 3:59:59 PM | Anything else counsel wishes to address? |
| 4:00:03 PM | Hearing Adjourned |