## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

     **Plaintiff,**

**v.**                              **Case No. 2:24-CR-00118-1**
                                         **Honorable Joseph R. Goodwin**

**TIWAN ROBERT BAILEY,**

     **Defendant.**

### SENTENCING MEMORANDUM OF THE
### DEFENDANT, TIWAN ROBERT BAILEY

     **NOW COMES** the Defendant, **TIWAN ROBERT BAILEY,** by and through his attorney, **GEORGE J. COSENZA,** and presents his sentencing memorandum in the above-cited matter.

### I.

### INTRODUCTION

     On September 29, 2025, the Defendant was found guilty by a jury on each count of a six-count Third Superseding Indictment charging him with one count of Aiding and Abetting the Sex Trafficking of a Minor, in violation of 18 U.S.C. §1591(a)(1), (a)(2), (b)(2) and (2); three counts of Sex Trafficking by Means of Force, Threats of Force and/or Coercion, in violation of 18 U.S.C. §1591(a)(1), (a)(2), and (b)(1), one count of Aiding and Abetting the Obstruction of Enforcement of 18 U.S.C. §1591, in violation of U.S.C. §§1591(d) and (2), and one count of Conspiracy

to Traffick a Minor for Commercial Sex, in violation of 18 U.S.C. 1591(a)(c) and 1594(c).

The Defendant has a pending motion to set aside the verdict returned by the jury.

It is the position of the Defendant, as set forth in his pretrial and post-trial motions that the Defendant was prosecuted by virtue of a presentment and not an indictment properly returned by a grand jury, as required by the Federal Rules of Criminal Procedure. The Defendant believes that the sealed order dated October 17, 2024, signed by Dwane L. Tinsley, United States Magistrate Judge, contains language that on October 16, 2024, the Grand Jury "considered its presentments" and returned a report to the court and presented the matter as a third superseding indictment against the Defendant. The Defendant was denied access to said report in order to determine whether the rules of criminal procedure were followed regarding the actions of the grand jury in this matter.

Therefore, it is the position of the Defendant that the proceedings before the court are void and that any sentence imposed by the court will be invalid.

Dated this 2nd day of February, 2026.

**//s// George J. Cosenza**
**George J. Cosenza, (WV Bar No.833)**
**GEORGE J. COSENZA, PLLC**
**1130 Market Street – Post Office Box 4**
**Parkersburg, West Virginia 26102**
**(304) 485-0990**
**Counsel for Defendant**

## **CERTIFICATE OF SERVICE**

The undersigned counsel for Defendant, **TIWAN ROBERT BAILEY,** hereby certifies that a true copy of the **SENTENCING MEMORANDUM OF THE DEFENDANT, TIWAN ROBERT BAILEY**, was served electronically on the 2nd day of February, 2026, addressed to the following:

> Jennifer Rada Herrald
> Assistant U.S. Attorney
> U.S. Attorney's Office
> Robert C. Byrd United States Courthouse
> 300 Virginia Street, East, Suite 2400
> Charleston, West Virginia 26301
> jennifer.herrald@usdoj.gov

**//s// George J. Cosenza**
**George J. Cosenza, (WV Bar No.833)**
**GEORGE J. COSENZA, PLLC**
**1130 Market Street – Post Office Box 4**
**Parkersburg, West Virginia 26102**
**(304) 485-0990**
**Counsel for Defendant**

3