# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

| | | | |
|---|---|---|---|
| Date: | 2/9/2026 | Case Number: | 2:24-cr-00118 |
| Case Style: | USA vs. Tiwan Robert Bailey | | |
| Type of hearing: | Sentencing | | |
| Before the Honorable: | 2513-Goodwin | | |
| Court Reporter: | Ayme Cochran | Courtroom Deputy: | Zach Spurrier |

Attorney(s) for the Plaintiff or Government:

Jennifer Gordon, Jennifer Rada Herrald

Attorney(s) for the Defendant(s):

George Cosenza

| | | | |
|---|---|---|---|
| Law Clerk: | Katie Clark | | |
| Probation Officer: | Kiara Carper | | |

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 9:59 AM | 10:52 AM | Non-Trial Time/Uncontested Time |

Time in court: 0 hours and 53 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start: 10:00 AM
Actual Start: 9:59 AM

Deft present in person and by counsel.
Deft placed under oath.
Court addresses PSR and objections:
Court overrules objections.
Court adopts findings in PSR.
Court makes findings re: applicable U.S.S.G ranges
Court addresses Sec. 3553(a) factors and hears from parties re: relevant sentencing issues.
Counsel speak before sentence is imposed.
Defendant speaks on own behalf.
After considering advisory U.S.S.G. ranges and Sec. 3553(a) factors, the court imposes sentence as follows:
Custody: 300 months on each count to be served concurrently.
Supervised Release: 5 years on each count to be served concurrently.
Fine: none imposed
Assessment: $25,600 total
Sentence imposed as stated.
Deft advised of right to appeal.
Deft remanded.
Court recessed at 10:52 AM